UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL UTAH,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, *et al.*,

                Defendant.

19-CV-10778 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued December 6, 2019, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 6, 2019
           New York, New York

                                          COLLEEN McMAHON
                                        Chief United States District Judge